IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL F. MITCHELL,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| PATRICK QUINN, *et al.*,<br>Defendants. | : | NO. 17-3730 |

FILED DEC - 1 2017 KATE BARKMAN, Dep. Clerk

## ORDER

AND NOW, this 30th day of November, 2017, upon consideration of Mitchell's second motion to proceed *in forma pauperis* (ECF No. 22) and his *pro se* Second Amended Complaint (ECF Nos. 18, 19, 20, 21, 24, 25), it is ORDERED that:

1. Mitchell's second motion to proceed *in forma pauperis* is DENIED AS MOOT because the Court has already granted him leave to proceed *in forma pauperis* in this matter.

2. The Clerk of Court is DIRECTED to amend the caption in this case to reflect that which Mitchell has set forth in ECF No. 25.

3. The Second Amended Complaint is DISMISSED in accordance with the Court's Memorandum. Mitchell may not file a third amended complaint in this matter.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.